[100]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and ONSTAR, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DEALERS WARRANTY, LLC, *et al.*,<br><br>Defendants. | Civil Action No.: 09-1814 (FLW)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by defendants Telephone Management Corporation and TMC Caller ID, LLC ("Defendants") on a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(2) for lack of personal jurisdiction, or alternatively for improper venue, pursuant to Fed.R.Civ.P. 12(b)(3); plaintiffs Cellco Partnership d/b/a Verizon Wireless and OnStar, LLC ("Plaintiffs") having submitted opposition thereto; and the Court having considered the submissions of the parties; this matter being considered pursuant to Fed. R. Civ. P. 78; for the reasons stated in the Opinion on even date, and for good cause shown:

IT IS on this 17th day of September, 2010,

ORDERED that Defendants' Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(2) for lack of personal jurisdiction is GRANTED

.

                                                /s/     Freda L. Wolfson
                                                **Honorable Freda L. Wolfson**
                                                **United States District Judge**